CLEMENT CHENG (CA Bar #198359)
Newhope Law, PC
17220 Newhope Street #127
Fountain Valley, CA 92708
Phone (714) 825-0555
Fax (714) 825-0558

Attorneys for Plaintiff
DYNAFLEX INTERNATIONAL

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DYNAFLEX INTERNATIONAL, a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>UPSTATE DISTRIBUTORS, INC., a New York corporation,<br><br>    Defendant. | **CASE NO: 8:CV-11-00430 CJC (RNBx)**<br><br>*[Assigned to the Honorable Cormac J. Carney]*<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO F.R.C.P.41(a)(1)(i)**<br><br>Complaint filed: March 17, 2011 |

## **ORDER**

After considering Plaintiff DYNAFLEX INTERNATIONAL'S Notice of Dismissal Pursuant to F.R.C.P. 41(a)(1)(i),

IT IS HEREBY ORDERED that Plaintiff's case is dismissed without prejudice to refiling.

IT IS SO ORDERED.

DATED: May 9, 2011                 _____

                                                         CORMAC J. CARNEY

                                                         UNITED STATES DISTRICT JUDGE